Judge Ronald B. Leighton
Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>BRIAN R. BRUMBAUGH, as sole member of COMMUNITY MORTGAGE ASSOCIATION LLC,<br><br>Respondent. | No. 09-MC-5011-RBL-JRC<br><br>ORDER EXTENDING DEADLINE |

The United States' Motion to Extend Service Deadline is GRANTED. The service deadline is hereby extended to the     11th     day of    August    , 2009.

DATED this   23rd   day of   June  , 2009.

_____
J. Richard Creatura
United States Magistrate Judge

Presented by:

s/Rebecca S. Cohen
REBECCA S. COHEN, WSBA #31767
Assistant United States Attorney

ORDER EXTENDING SERVICE DEADLINE - 1
[09-MC5011-RBL-JRC]